IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:09-cv-612-MEF |
| WEAVER AGGREGATE TRANSPORT, INC., | ) ) ) ) | (WO) |
| Defendant. | ) | |

**O R D E R**

Upon consideration of Defendant's Motion for Leave to File Third Party Complaint (Doc. #21), it is hereby

ORDERED that

(1) Plaintiff shall be required to show cause why this motion should not be granted by no later than 5:00 p.m. on Tuesday, February 2, 2010; and

(2) Defendant may file a reply by no later than 5:00 p.m. on Tuesday, February 9, 2010.

DONE this the 19th day of January, 2010

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE