IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:09-cv-612-MEF |
| WEAVER AGGREGATE TRANSPORT, INC., | ) ) ) | (WO) |
| Defendant. | ) ) | |

## **O R D E R**

Upon consideration of Defendant's Unopposed Motion for Leave to File Third Party Complaint (Doc. #21), it is hereby

ORDERED that the motion is granted. Defendant shall file his third-party complaint on or before January 28, 2010.

DONE this the 22nd day of January, 2010.

                                                        /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE