IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:09-cv-612-MEF |
| WEAVER AGGREGATE TRANSPORT, INC., | ) ) ) | (WO) |
| Defendant, | ) ) | |
| v. | ) ) | |
| BEACON INDUSTRIAL STAFFING, INC. | ) ) | |
| Third Party Defendant. | ) | |

**O R D E R**

Upon consideration of Plaintiff's and Defendant's Joint Motion for Extension of Time for Responses to Pending Motion for Summary Judgment - II (Doc. #27), it is hereby

ORDERED that a status conference is set in this case for Friday, February 5, 2010, at 8:30 a.m. by conference call arranged by counsel for Plaintiff. Counsel should be prepared to discuss specific options for new deadlines to respond and reply to the pending motion for summary judgment (Doc. #16) that will leave the court ample time to consider the motion prior to the final pretrial conference, currently scheduled for September 29, 2010 (*see* Doc. #13). If counsel does not believe such dates are possible under the current trial setting, counsel should also be prepared to discuss future trial settings.

DONE this the 2nd day of February 2010.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE