IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:09-cv-612-MEF ) |
| WEAVER AGGREGATE TRANSPORT, INC., | ) (WO) ) ) |
| Defendant, | ) ) |
| v. | ) ) |
| BEACON INDUSTRIAL STAFFING, INC. | ) ) |
| Third Party Defendant. | ) |

**O R D E R**

In light of this Court's order denying Defendant's motion for summary judgment as premature (Doc. #30), it is hereby

ORDERED that the Joint Motion for Extension of Time for Responses to Pending Motion for Summary Judgment - II (Doc. #27) is DENIED as moot.

DONE this the 10th day of February 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE