IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:09-cv-612-MEF |
| WEAVER AGGREGATE TRANSPORT, INC., | ) ) ) | (WO) |
| Defendant / Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| BEACON INDUSTRIAL STAFFING, INC. | ) ) | |
| Third Party Defendant. | ) | |

**O R D E R**

Upon consideration of Third Party Defendant's Motion for Extension of Time (Doc. #32), it is hereby

ORDERED that

(1) Plaintiff and Defendant shall be required to show cause why this motion should not be granted by no later than 5:00 p.m. on Monday, February 22; and

(2) Third Party Defendant may file a reply by no later than 5:00 p.m. on Thursday, February 25.

DONE this the 17th day of February, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE