IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:09-cv-612-MEF ) |
| WEAVER AGGREGATE TRANSPORT, INC., | ) (WO) ) ) |
| Defendant / Third Party Plaintiff, | ) ) |
| v. | ) ) |
| BEACON INDUSTRIAL STAFFING, INC. | ) ) |
| Third Party Defendant. | ) |

**O R D E R**

Upon consideration of the Motion for Stay of Time for Defendant to Respond to Requests for Production of Documents (Doc. #49), it is hereby

ORDERED that the motion is GRANTED. The thirty-day time period under which third-party defendant Beacon Industrial Staffing, Inc. ("Beacon") must respond to Weaver Aggregate Transport, Inc.'s requests for production of documents is stayed until such time as the Court has ruled upon the pending motion to dismiss for lack of personal jurisdiction (Doc. #36), filed by Beacon on February 26, 2010.

DONE this the 12th day of April 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE