IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:09-cv-612-MEF<br>) |
| WEAVER AGGREGATE TRANSPORT, INC., | ) (WO)<br>)<br>) |
| Defendant / Third Party Plaintiff, | )<br>) |
| v. | )<br>) |
| BEACON INDUSTRIAL STAFFING, INC. | )<br>) |
| Third Party Defendant. | ) |

**O R D E R**

Upon consideration of several recent motions filed by the parties in this case, it is hereby ORDERED that:

1) Defendant and third-party plaintiff Weaver Aggregate Transport, Inc.'s ("Weaver") motion to supplement its response to third-party defendant Beacon Industrial Staffing, Inc.'s ("Beacon") motion to dismiss for lack of personal jurisdiction (Doc. #58), filed on June 3, 2010, is DENIED;

2) Beacon's motion to stay discovery (Doc. #59), filed on June 3, 2010, is DENIED;

3) Beacon's alternative motion for a protective order (Doc. #59), filed on June 3,

2010, is DENIED; and

4) Weaver's motion for this Court to issue an order that Beacon will not be permitted to depose Russell Weaver a second time (Doc. #61), filed on June 4, 2010, is DENIED.

The Court advises the parties that it will not consider arguments that Beacon has consented to personal jurisdiction in this Court by attending and participating in the deposition of Russell Weaver, scheduled for June 8, 2010.

DONE this the 7th day of June 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE