IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:09-cv-612-MEF ) |
| WEAVER AGGREGATE TRANSPORT, INC., | ) (WO) ) ) |
| Defendant. | ) |

## **O R D E R**

The plaintiff moves for leave to amend its complaint to add counts against former third-party defendant Beacon Industrial Staffing, Inc. ("Beacon") and to add a fraud count against the defendant. Beacon is no longer a party to this lawsuit. *See* (Doc. #65). Additionally, the plaintiff has failed to show good cause why the Uniform Scheduling Order (Doc. #11) should be modified to allow it to bring an extra claim against the defendant. *See* Fed. R. Civ. P. 16(b)(4). Therefore, it is hereby

ORDERED that the motion for leave to amend complaint (Doc. #63) filed on June 14, 2010 is DENIED.

DONE this the 30th day of June, 2010.

          /s/ Mark E. Fuller
          CHIEF UNITED STATES DISTRICT JUDGE